# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 19-00254-KD-MU |
| | ) |
| BP EXPLORATION & PRODUCTION, | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Defendants BP Exploration and Production, Inc. and BP America Production Company and against Plaintiff Carolyn Scott.

DONE and ORDERED this 5th day of April 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE